Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:11-23409 KRM  
**Case Name:** Titus, Maryann  

**Period Ending:** 09/30/12  

**Trustee:** (290290)   Angela Stathopoulos  
**Filed (f) or Converted (c):** 12/27/11 (f)  
**§341(a) Meeting Date:** 01/27/12  
**Claims Bar Date:** 05/14/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3721 NASHVILLE RD. NORTH PORT, FL  (MLS FILED) | 98,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | 10 1/2 ACRES VACANT LAND WALTON COUNTY, FL VALUE | 29,400.00 | 0.00 | DA | 0.00 | FA |
| 3 | PURSE/WALLET | 60.00 | 0.00 | DA | 0.00 | FA |
| 4 | CHARLOTTE STATE BANK CHECKING ACCOUNT NUMBER XXX<br>  AS to confirm balance; actual stmts requested | 166.87 | 0.00 |  | 0.00 | FA |
| 5 | CHARLOTTE STATE BANK CHECKING ACCOUNT NUMBER XXX<br>  AS to confirm balance; actual stmts requested | 769.25 | 0.00 |  | 0.00 | FA |
| 6 | CHARLOTTE STATE BANK SAVINGS ACCOUNT NUMBER XXX6<br>  AS to confirm balance; actual stmts requested | 700.03 | 0.00 | DA | 0.00 | FA |
| 7 | SECTIONAL COUCH, LAMP, TABLE, 7 Y/O 36" TV, GLAS | 1,850.00 | 0.00 | DA | 0.00 | FA |
| 8 | 7 WALL PICTURES | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | MISCELLANEOUS CLOTHING | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2 GOLD WEDDING BANDS, 2 PAIRS GOLD EARRINGS, 2 G | 185.00 | 0.00 | DA | 0.00 | FA |
| 11 | DIGITAL CAMERA, GOLF CLUBS, TENNIS RACKET | 40.00 | 0.00 | DA | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:11-23409 KRM  
**Case Name:** Titus, Maryann  

**Period Ending:** 09/30/12  

**Trustee:** (290290)   Angela Stathopoulos  
**Filed (f) or Converted (c):** 12/27/11 (f)  
**§341(a) Meeting Date:** 01/27/12  
**Claims Bar Date:** 05/14/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | 2006 FORD F-150 VALUE PER APPRAISAL<br>  AS confirmed value per appraisal; lien per creditor stmt (sales amount includes $100 in bank fees) | 12,815.00 | 2,349.98 | | 1,025.00 | 1,324.98 |
| 13 | 2007 PONTIAC GRAND PRIX VALUE PER APPRAISAL<br>  to be dleivered to TMA; lien per creditor stmt | 7,250.00 | 4,480.32 | | 4,900.00 | FA |
| 14 | 2004 PT CRUISER TITLE JOINTLY HELD WITH ANNMARIE<br>  confirmed Daughter deposits payments in mothers acct for car but D is 1/2 title onwer (value and lien is 1/2 ); lien per creditor stmt | 2,000.00 | 1,731.55 | | 1,106.53 | 625.02 |
| 15 | BUCKETS, MOPS, SWEEPERS, CLEANING CARTS, RAGS, D | 250.00 | 0.00 | DA | 0.00 | FA |
| 16 | REAL PROPERTY (LOT 10 PORT CHARLOTTE) (u)<br>  transfered to Daughter pre-petition; property taxes paid through 2011; to be sold by BA | 0.00 | 1,400.00 | | 0.00 | 1,900.00 |
| 17 | REAL PROPERTY (LOT 12 PORT CHARLOTTE) (u)<br>  transfered to Daughter pre-petition; property taxes paid through 2011; to be sold by BA | 0.00 | 3,500.00 | | 0.00 | 1,400.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.05 | Unknown |
| 18 | **Assets** **Totals** (Excluding unknown values) | **$154,061.15** | **$13,461.85** | | **$7,031.58** | **$5,250.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| **Case Number:** | 8:11-23409 KRM | **Trustee:** (290290) | Angela Stathopoulos |
| **Case Name:** | Titus, Maryann | **Filed (f) or Converted (c):** | 12/27/11 (f) |
| | | **§341(a) Meeting Date:** | 01/27/12 |
| **Period Ending:** | 09/30/12 | **Claims Bar Date:** | 05/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

Land to liquidate and surrending grand prix with equity & D to provide lien payoffs, bank statements and canceled checks and AS to do BB if over--January 27, 2012, 12:32 pm***Extensive email to D atty with issues outlined re repayment to estate for $$ taken out of business acct days prior to FD and AS to do BB on Vehicles & D to surrender to TMA Grand Prix--February 07, 2012, 04:06 pm***Deed sent to Bay Area to include lots in next real estate auciton--March 19, 2012, 04:15 pm***TMA sold vehicle and paid off lien; BB email sent to D for $4081 over 4 mos. beg 9/1 to include $25 bank fees--08/02/12***Email from D atty that D agrees to 4 mo BB terms--08/02/12***Rec'd sale $$ from BA on sale of vacant lots transferred to Daughter; D continuing to make pymts; RNS/NOA needed for D paymts to estate & abandonment of encumbered RE--10/01/12

**Initial Projected Date Of Final Report (TFR):**  February 1, 2013      **Current Projected Date Of Final Report (TFR):**  February 1, 2013

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 8:11-23409 KRM
**Case Name:** Titus, Maryann

**Taxpayer ID #:** **-***9297
**Period Ending:** 09/30/12

**Trustee:** Angela Stathopoulos (290290)
**Bank Name:** BANK OF AMERICA, N.A.
**Account:** ********83 - BofA MONEY MARKET ACCOUNT
**Blanket Bond:** $51,212,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/12 | {13} | TAMPA MACHINERY AUCTION, INC. | Auction Proceeds per notice of sale at docket #26 | 1129-000 | 4,900.00 | | 4,900.00 |
| 05/29/12 | 101 | TAMPA MACHINERY AUCTION, INC. | Auctioneer fees/expenses paid pursuant to Court Order dated 5/15/12 | 3610-000 | | 490.00 | 4,410.00 |
| 05/29/12 | 102 | TAMPA MACHINERY AUCTION, INC. | Auctioneer fees/expenses paid pursuant to Court Order dated 5/15/12 | 3620-000 | | 2,789.68 | 1,620.32 |
| 05/31/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 1,620.36 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.82 | 1,614.54 |
| 06/07/12 | Int | BANK OF AMERICA, N.A. | Interest Earned | 1270-000 | 0.01 | | 1,614.55 |
| 06/07/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.07 | 1,613.48 |
| 06/07/12 | | Bank of America | Transfer to The Bank of New York Mellon | 9999-000 | | 1,613.48 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **4,900.05** | **4,900.05** | $0.00 |
| Less: Bank Transfers | | 0.00 | 1,613.48 | |
| **Subtotal** | | **4,900.05** | **3,286.57** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$4,900.05** | **$3,286.57** | |

{} Asset reference(s)

Printed: 10/29/2012 11:22 AM V.13.04

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 8:11-23409 KRM | Trustee: | Angela Stathopoulos (290290) |
|---|---|---|---|
| Case Name: | Titus, Maryann | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******20-66 - Checking Account |
| Taxpayer ID #: | **-***9297 | Blanket Bond: | $51,212,000.00   (per case limit) |
| Period Ending: | 09/30/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/07/12 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | 1,613.48 | | 1,613.48 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,588.48 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,563.48 |
| 08/15/12 | {14} | Maryann Titus | VEHICLE OVERRAGE BUYBACK | 1129-000 | 1,106.53 | | 2,670.01 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,645.01 |
| 09/20/12 | {12} | Maryann Titus | 2006 Ford F150 per notice of sale at docket #46 | 1129-000 | 1,025.00 | | 3,670.01 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,645.01 |
| | | | **ACCOUNT TOTALS** | | 3,745.01 | 100.00 | $3,645.01 |
| | | | Less: Bank Transfers | | 1,613.48 | 0.00 | |
| | | | **Subtotal** | | 2,131.53 | 100.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,131.53** | **$100.00** | |

{} Asset reference(s)

Printed: 10/29/2012 11:22 AM   V.13.04

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 8:11-23409 KRM | Trustee: | Angela Stathopoulos (290290) |
|---|---|---|---|
| Case Name: | Titus, Maryann | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******20-66 - Checking Account |
| Taxpayer ID #: | **-***9297 | Blanket Bond: | $51,212,000.00  (per case limit) |
| Period Ending: | 09/30/12 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   7,031.58
Net Estate :   $7,031.58

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ********83 | 4,900.05 | 3,286.57 | 0.00 |
| Checking # 9200-******20-66 | 2,131.53 | 100.00 | 3,645.01 |
| | $7,031.58 | $3,386.57 | $3,645.01 |

{} Asset reference(s)