UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Titus, Maryann                                             CASE NO. 8:11-23409-KRM

       Debtor(s).
_____/

## NOTICE OF FILING

PLEASE TAKE NOTICE that Angela Stathopoulos, Trustee, hereby files the attached copy of Trustee's Deed(s).

Dated: November 5, 2012

          /s/ Angela Stathopoulos
ANGELA STATHOPOULOS, TRUSTEE
39040 U.S. Hwy. 19 N.
Tarpon Springs, FL 34689
Phone: (727) 938-8775
Facsimile: (727) 938-8776
astathopoulos@epiqtrustee.com