This instrument prepared by:
Angela Stathopoulos, Esq.
39040 U.S. Hwy. 19 N.
Tarpon Springs, FL 34689
Our File No.:

## TRUSTEE'S DEED

THIS TRUSTEE'S DEED made this 2nd day of Nov., 2012 by ANGELA STATHOPOULOS, as Chapter 7 Bankruptcy Trustee for Titus, Maryann under that certain case bearing Case No. 8:11-23409 in the United States Bankruptcy Court in and for the Middle District of Florida, Tampa Division, hereinafter called the Grantors, to Mike and John Properties, LLC, a limited liability corporation, whose address is P.O. Box 57., Tarpon Springs, FL 34688 (Tax ID #27-2857118), hereinafter called the Grantee.

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations.)

WITNESSETH, that the Grantors, for and in consideration of the sum of $1,250.00 and other valuable considerations, receipt whereof is hereby acknowledged by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantee all that certain land situate, lying and being in Sarasota County, FL, which has the address of:

Lot 12, Block 791, 12th Addition to PORT CHARLOTTE SUBDIVISION, a Subdivision according to the Plat thereof, as recorded to Plat Book 13, Pages 8, 8A through 8, of the Public Records of Sarasota County, Florida

Parcel Identification Number 1136-07-9110 (hereinafter called the "Property").

THIS DEED is executed subject to: (a) ad valorem real estates taxes and special assessments for the year 2003 and all subsequent years; (b) all laws, ordinances and governmental regulations, including, but not limited to, all applicable building, zoning, land use and environmental ordinances and regulations; (c) restrictions, reservations, easements, covenants, agreements, limitations and other matters appearing of record; (d) any matters which an accurate survey of the Property would disclose; and (e) all mortgages, outstanding real property taxes, tangible personal property taxes and mechanics liens of record.

TO HAVE AND TO HOLD the same in fee simple forever.

IN WITNESS WHEREOF, the Grantor has hereunto set her hand and seal the day and year first written above.

Signed, sealed and delivered in the presence of:

_____          By: _____
Witness                                      Angela Stathopoulos, as Trustee for
                                             Titus, Maryann
_____               Bankruptcy Case No. 8:11-23409
Witness                                      U.S. Bankruptcy Court, Middle District of
                                             Florida, Tampa Division

STATE OF Florida
COUNTY OF Pinellas

SWORN TO AND SUBSCRIBED before me this 2nd day of Nov., 2012 by Angela Stathopoulos, as Trustee in Bankruptcy for Titus, Maryann, who is personally known to me.

_____
NOTARY PUBLIC

TRACI FISHER
MY COMMISSION # EE098953
EXPIRES June 16, 2015
(407) 398-0153   FloridaNotaryService.com